UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DRYWAL TAPERS and PAINTERS OF GREATER NEW YORK LOCAL 1974, et al.,

Petitioner(s),

-against-

12 SQUARED CONSTRUCTION, LLC,

Respondent(s),
-------------------------------------------------------------X

26 civ 9575 (JGK)

**ARBITRATION AWARD SCHEDULING ORDER**

A petition to confirm an arbitration award has been filed with this Court.

The respondent shall serve and file papers in response to the petition by **December 18, 2026.**

The petitioner shall serve and file any reply papers by **January 4, 2027.**

The petitioner is directed to serve a copy of this order along with the petition on the respondent.

SO ORDERED.

Dated: New York, New York
November 18, 2026

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**